IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR385** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JEROME ANTHONY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Julie B. Hansen, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Jerome Anthony [13] due to a conflict in the Federal Public Defender's Office. Good cause being shown, the motion to withdraw [13] is granted. The court appoints CJA panel attorney Michael J. Lehan. Julie B. Hansen shall be deemed withdrawn as attorney of record and shall forthwith provide Michael J. Lehan with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to the defendant's defense.

The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. Counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS SO ORDERED.**

DATED this 6th day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge